# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stanley H. Taylor <br>                    Debtor | CHAPTER 13 |
| M&T BANK <br>                    Movant <br>         vs. | NO. 16-18512 ELF |
| Stanley H. Taylor <br>                    Respondent | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection of M&T Bank to Confirmation of Chapter 13 Plan which was filed with the Court on or about June 6, 2017 (Doc. No. 15).

                                               Respectfully submitted,

                                               **/s/ Matteo S. Weiner, Esquire**
                                               Matteo S. Weiner, Esquire
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA  19106
                                               215-627-1322
                                               Attorneys for Movant/Creditor

Dated: August 14, 2017