# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
| STANLEY H. TAYLOR : | |
| : | |
| DEBTOR : | |
| : | CASE NO:    16-18512-ELF |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on September 11, 2017, a true and correct copy of the debtor's third amended chapter 13 plan was served upon all creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: September 11, 2017

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax