# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| STANLEY H. TAYLOR | : | |
| | : | |
| DEBTOR | : | CASE NO:    16-18512-ELF |
| | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 14th day of September 2017, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED that compensation in the amount of **$3,500.00** is **ALLOWED** and the balance due counsel in the amount of **$1,000.00** shall be disbursed by the Standing Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**