*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stanley H Taylor
    Debtor(s)

Case No: 16–18512–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Stipulation of Settlement By M&T BANK and Between Stanley H Taylor Motion for Relief from Stay re: 2113 – 2115 West Hunting Park Avenue, Philadelphia, PA, 19140. Filed by REBECCA ANN SOLARZ

on: 6/5/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/21/18

Timothy B. McGrath
Clerk of Court

40 – 39
Form 167