United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stanley H Taylor  
     Debtor

Case No. 16-18512-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Pamela | Page 1 of 1 | Date Rcvd: May 21, 2018 |
|---|---|---|---|
| | Form ID: 167 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
db       +Stanley H Taylor,    668 Church Lane,    Lansdowne, PA 19050-3333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

      MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Stanley H Taylor bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stanley H Taylor
    Debtor(s)

Case No: 16–18512–elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Stipulation of Settlement By M&T BANK and Between Stanley H Taylor Motion for Relief from Stay re: 2113 – 2115 West Hunting Park Avenue, Philadelphia, PA, 19140. Filed by REBECCA ANN SOLARZ

    on: 6/5/18

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/21/18

Timothy B. McGrath
Clerk of Court