# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stanley H. Taylor<br>　　　　Debtors<br><br>M&T BANK<br>　　　　Movant<br>　　vs.<br><br>Stanley H. Taylor<br>　　　　Debtors<br><br>William C. Miller, Esq.<br>　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-18512 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Stipulation of M&T BANK, which was filed with the Court on or about **May 16, 2018** (Document No. 39).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz,  Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

June 12, 2018