**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Stanley H. Taylor             :       CHAPTER 13

          **Debtor**        :

                    :       Case No. 16-18512-ELF

_____:

**AGREED ORDER GRANTING DEBTOR'S MOTION**
**FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE WITH**
**180 DAY BAR ON RE-FILING**

This matter having come before the Court on the debtor's Motion for Voluntary Dismissal of his Chapter 13 Case; and sufficient notice of the Motion having been given; and the Court having reviewed and considered the Motion, and objections to the Motion, if any, having been resolved or overruled; and after due deliberation and sufficient cause appearing thereof, the Court hereby **ORDERS**, **ADJUDGES** and **DECREES** as follows:

1. Debtor's Motion for Voluntary Dismissal is granted;

2. Debtor is barred from re-filing for 180 days.

BY THE COURT

_____
ERIC L. FRANK
U.S. BANKRUTPCY JUDGE