**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Stanley H. Taylor | : | CHAPTER 13 |
| **Debtor** | : | |
| | : | Case No. 16-18512-ELF |
| | : | |

**AGREED ORDER GRANTING DEBTOR'S MOTION**
**FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE WITH**
**180 DAY BAR ON RE-FILING**

This matter having come before the Court on the debtor's Motion for Voluntary Dismissal of his Chapter 13 Case and M&T Bank's objection thereto; and upon agreement of the parties, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. The Debtor is **PROHIBITED** from filing a new bankruptcy case for 180 days from the entry of this Order.

Date: 10/30/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**