United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stanley H Taylor  
    Debtor

Case No. 16-18512-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Oct 31, 2018  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.  
db    +Stanley H Taylor,  668 Church Lane,   Lansdowne, PA 19050-3333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:  
    MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Debtor Stanley H Taylor bkgroup@kmllawgroup.com  
    STEPHEN MATTHEW DUNNE    on behalf of Debtor Stanley H Taylor bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
    STEPHEN MATTHEW DUNNE    on behalf of Creditor    M&T Bank bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Stanley H. Taylor | : | CHAPTER 13 |
| **Debtor** | : | |
| | : | Case No. 16-18512-ELF |
| _____ | : | |

**AGREED ORDER GRANTING DEBTOR'S MOTION**
**FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE WITH**
**180 DAY BAR ON RE-FILING**

This matter having come before the Court on the debtor's Motion for Voluntary Dismissal of his Chapter 13 Case and M&T Bank's objection thereto; and upon agreement of the parties, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. The Debtor is **PROHIBITED** from filing a new bankruptcy case for 180 days from the entry of this Order.

Date: 10/30/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**